UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00543-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  **AGUSTIN CORDOVA-CAMPOS**
    **aka "Sammy"**,
2.  JAIME CORDOVA-CAMPOS,
3.  GUSTAVO MACIAS-CORDOVA, and
4.  ALONSO BARRENDEY,

       Defendants.

_____

**PRELIMINARY ORDER OF FORFEITURE ONLY AS TO
DEFENDANT AGUSTIN CORDOVA-CAMPOS**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture only as to defendant Agustin Cordova-Campos **(#82)** filed July 7, 2011. The Court having read said Motion and being fully advised in the premises finds:

THAT the United States and defendant entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853; and

THAT prior to the disposition of the asset, the United States is required to seize the forfeited property and to provide notice to third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the Motion is **GRANTED**.  Defendant's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853: 2002 Chevy Trailblazer, VIN 1GNDT13S922245695.

0

THAT the United States Marshals Service, or its designated agent, is directed to seize and take custody of the property subject to forfeiture;

THAT the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming an interest in the above-described property must file their claims within thirty (30) days of the last date of publication and make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 22nd day of July, 2011.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge